**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*



# Court of Appeals

## Thirteenth District of Texas

July 13, 2015

Don Ray White
CMRRR# 7013 3020 0000 9564 2169
TDCJ ID# 512713
Polunsky Unit
3872 FM 350
Livingston, TX 77351

Re:      Cause No. 13-15-00308-CV
Tr.Ct.No.  D-1-GN-13-002904
Style:    Don Ray White v. Marla Ramirez

Dear Mr. White:

The Supreme Court ordered the above cause transferred to this Court from the 3rd Court of Appeals.

The appellant's notice of appeal in the above cause was received on June 8, 2015, and the clerk's record was received on July 7, 2015. The docketing statement is due in this Court within 15 days from the date of this notice. *See* TEX. R. APP. P. 5, 32.

Upon review of the clerk's record, it appears that the appeal has not been timely perfected. Pursuant to Tex. R. App. P. 42.3, you are hereby given notice of this defect so that steps may be taken to cure the defect, if it can be done. If, after the expiration of ten days from the date of receipt of this notice, this defect is not cured, this appeal will be dismissed.

Appeals and original proceedings in this Court are governed by the Texas Rules of Appellate Procedure. The parties to this cause should review the rules and ensure that their filings meet the requirements of the rules. The parties should also review information regarding the Court's policies and procedures which can be found on the Court's website at http://www.txcourts.gov/13thcoa.aspx. The Court's website includes a wide variety of useful links and specific information about matters such as fees, motions, the alternative dispute resolution program, oral argument, and access to appellate records.

Under the recent amendments to the appellate rules, effective January 1, 2014, all attorneys in civil and criminal cases are required to file all documents (except a document submitted under seal or subject to a motion to seal) with the Court through the eFileTexas.gov electronic filing system. Parties not represented by an attorney are strongly encouraged to e-file documents, but e-filing is not required. An e-filer is not

FILE COPY

required to file any paper copies of an e-filed document unless specifically requested by the Court. All e-filed documents must conform to Rule 9 of the Texas Rules of Appellate Procedure. If a party is not required to e-file a document, the original and one unbound copy of the document should be filed. *See id.* R. 9.3(a)(1). All documents, e-filed or submitted in paper, must be redacted in compliance with Rule 9, *see id.* R. 9.9, 9.10, and e-filed briefs must follow the Texas Supreme Court's Redaction Guidelines.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:pf